IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO. 5:07CV13-V

| | |
|---|---|
| TYRONE BISHOP, )<br>      Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>      Respondent. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court upon the Petition for Writ of Error Coram Nobis, 28 U.S.C. §1651, filed on behalf of Tyrone Bishop. (Document #1) Following review of Bishop's petition, the undersigned has determined that a response from the Government is required prior to disposition. The Court specifically directs the Government to address in its response: 1) the cognizability of Bishop's collateral attack and actual innocence claim in light of his guilty plea and the terms of his Plea Agreement (*e.g.*, waiver provisions); and 2) Bishop's claim that he was denied his Sixth Amendment right to counsel given defense counsel's representation of multiple defendants and alleged conflict of interest.

**IT IS, THEREFORE, ORDERED** that the United States shall submit a written **RESPONSE** on or before Monday, November 22, 2010.

Signed: October 25, 2010

Richard L. Voorhees
United States District Judge