# United States District Court
# For The Western District of North Carolina
# Statesville Division

TYRONE BISHOP,

    Petitioner,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　CASE NO. 5:07CV13

UNITED STATES OF AMERICA,

    Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 30, 2011, Order.

          Signed: September 30, 2011

Frank G. Johns, Clerk
United States District Court